

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00300-CV

IN THE INTEREST OF T.H., A CHILD      §     On Appeal from the 415th District Court

§     of Parker County (CV18-1783)

§     October 1, 2020

§     Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM